FILED

THE UNITED STATES DISTRICT COURTS

2017 FEB 17 PM 1:33

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| RobRawson@HotMail.Com ) | |
| ) | |
| Versus ) | Civil Action No. |
| ) | D-FLM-6-17-CV-000247-001 |
| PayPal and citizen ∞ ) | |
| _____ ) | |

1  Pursuant to FEDERAL RULES OF CIVIL PROCEDURE DECEMBER 1, 2016

2  (RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT

3  COURTS)(Rule 1) comes now One Form of Action, the civil action (rule 2).

4      FIRST AMENDED ~~THE~~ COMPLAINT And Demand for Jury Trial

5              and to Add One Count of False Statement

6  1. CAUSE OF ACTION FOR INFORMATION AND DISCOVERY AND SUBPOENA

7  - Case 4:10-cv-02500-SBA Document 340 Filed 11/14/16 Page 12 of 36 "... (2) PayPal

8  will no longer respond to requests for information with an email advising users that they

9  must seek a subpoena to obtain information and will revise its email response to advise

10 users to communicate with PayPal to seek additional information; ". The Electronic Fund

11 Transfer Act (EFTA). United States Code, Title 15 - COMMERCE AND TRADE,

12 CHAPTER 41 - CONSUMER CREDIT PROTECTION, SUBCHAPTER VI -

13 ELECTRONIC FUND TRANSFERS, Sec. 1693d - Documentation of transfers. Florida

14 Administrative Code 69V-560.703 Funds Transmitters.

2. CAUSE OF ACTION FOR TORTIOUS INTERFERENCE OF ELECTRONIC FUND TRANSFER - Tortious Interference of EFT (electronic fund transfer).

3. CAUSE OF ACTION FOR BREACH OF CONTRACT - Failure of PayPal execute an entry order.

4. CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY - Failure of PayPal to close the account as instructed by plaintiff.

5. CAUSE OF ACTION FOR ACCOUNTING - Accounting of SAR reports, credit reports, etc.

6. CAUSE OF ACTION FOR UNJUST ENRICHMENT - Failure of PayPal to close the account as instructed by plaintiff caused overvaluation of PayPal before, during, and after sale of PayPal.

7. CAUSE OF ACTION FOR VIOLATION OF THE BANK SECRECY ACT - Alleged violation of the Bank Secrecy Act.

8. CAUSE OF ACTION FOR MAIL FRAUD – Mail fraud.

9. CAUSE OF ACTION FOR CHECK FRAUD - Failure of PayPal to execute an entry order on a check.

10. CAUSE OF ACTION FOR THEFT - Failure to refund United States currency.

11. CAUSE OF ACTION FOR FALSE STATEMENT – The false statement in PageID 10 paragraph three states "PayPal provided notice of the settlement via email in January

2016 (the First Notice) and between July and August 2016 (the Second Notice)." The Date on the email sent with the subject line "Notice of Class-Action Settlement" has a date of "Fri, 05 Feb 2016 12:08:16 -0500" as shown in the legal header of the email below attached to the "FIRST AMENDED COMPLAINT And Demand for Jury Trial and to Add One Count of False Statement". Line 33 and 39 shows the date and subject line of the email with Message-ID: <16639-412-UL10GEN-L96TEH-PREH0T-HDDCEYI-QL4X3N-H-M2-20160204-7e9423257c1af@e-dialog.com>. The email was addressed To: robrawson@hotmail.com. The email was From: "PayPal" <paypal@e.paypal.com>.

## NATURE OF ACTION

12~~11~~. A legal proceeding brought by one party against another, seeking redress of a wrong and injury or recovery of what is due. Action in laws, codes, equities and rules. Discovery of Documentation of transfers. Determine why and the reasons defendants failed to follow instructions. Determine why and the reasons for failure or denial for refund and transfers. Recovery of attorneys' fees and costs, court fees and costs, and money/currency. Demand for Jury Trial to determine award of damages, penalties, injury, and what is due.

## THE PARTIES

13~~12~~. The plaintiff is known as RobRawson@HotMail.Com.

14~~13~~. The defendants are known as PayPal and citizen ∞.

15~~14~~. Other citizen infinity may be involved in the tort but do not have enough information.

16~~15~~. PayPal has a service mark for "Clearing and reconciling financial transactions via a global computer network; Providing a wide variety of banking services and providing financial services, namely, credit card services, processing and transmission of bills and payments thereof, and insurance for financial transactions conducted via global computer network" with a registration number of 2646490 from the United States Patent and Trademark Office (Filing Date: July 19, 1999).

17~~16~~. PayPal has a trademark for "Computer software for processing electronic payments to and from others that may be downloaded from a global computer network and/or recorded on computer media; authentication software that may be downloaded from a global computer network and/or recorded on computer media" with a registration number of 2959971 from the United States Patent and Trademark Office (Filing Date: July 19, 1999).

PAYPAL STATEMENT OF FACTS[1]

Presentation of Information

18~~17~~. On July 17, 2015, PayPal Holdings, Inc. ("PayPal Holdings") became an independent publicly-traded company through the pro rata distribution by eBay Inc. ("eBay") of 100% of the outstanding common stock of PayPal to eBay's stockholders

---

[1] http://secfilings.nasdaq.com/edgar_conv_html%2f2016%2f02%2f11%2f0001633917-16-000113.html

(which we refer to as the "separation" or the "distribution"). For additional information, see "Business—Separation from eBay Inc." To accomplish this separation, in January 2015, eBay incorporated PayPal Holdings, Inc. ("PayPal Holdings") which ultimately became the parent of PayPal, Inc. and holds directly or indirectly all of the assets and liabilities associated with PayPal, Inc. Unless otherwise expressly stated or the context otherwise requires, references to "we," "our," "us," "the Company" or "PayPal" refer to PayPal Holdings, Inc. and its consolidated subsidiaries or, in the case of information as of dates or for periods prior to our separation from eBay, the combined and consolidated entities of the payments business of eBay, including PayPal, Inc. and certain other assets and liabilities that were historically held at the eBay corporate level, but were specifically identifiable and attributable to the payments business, and references to our "Payments Platform" mean our combined payment solution capabilities, including our PayPal, PayPal Credit, Braintree, Venmo and Xoom products.

19~~18~~. References in this Annual Report on Form 10-K to "eBay" refer to eBay Inc., a Delaware corporation, and its consolidated subsidiaries, which prior to the separation and distribution, but not after such date, included the business and operations of PayPal.

Trademarks, Trade Names and Service Marks

20~~19~~. PayPal owns or has rights to use the trademarks, service marks and trade names that it uses in conjunction with the operation of its business. Some of the more important trademarks that PayPal owns or has rights to use that appear in this Annual Report on Form 10-K include: PayPal ® , PayPal Credit ® , Braintree, Venmo and Xoom, which

1 | may be registered or trademarked in the United States and other jurisdictions. PayPal's

2 | rights to some of these trademarks may be limited to select markets. Each trademark,

3 | trade name or service mark of any other company appearing in this Annual Report on

4 | Form 10-K is, to PayPal's knowledge, owned by such other company.

5 | JURISDICTION AND VENUE

6 | 21~~20~~. The courts of United States of America including the Supreme Court of the United

7 | States and Privy Court in London.

8 | WHEREFORE, Actions to be amended, added, or removed based on information and

9 | discovery. Actions are so triable.

10 | JURY TRIAL DEMANDED

11 | /Rob Rawson/

12 | CERTIFICATE OF SERVICE

13 | Handed to the Clerk of the Court. 401 West Central Blvd Orlando, FL 32801, USA On this Seventeenth Day of February Anno Domini of the Year Two Thousand Seventeen (2017) Common Era.

*Rob Rawson*
386-252-0754
Post Office Box 632
Sanford, FL 32772-0632
USA